

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00159-CV

**AME & FE INVESTMENTS, LTD.**,
Appellant

v.

**NEC NETWORKS, LLC**, d/b/a CAPTURERX,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2012CI11952
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE VALENZUELA, AND JUSTICE
BRISSETTE

In accordance with this court's opinion of this date, the trial court's December 6, 2023 judgment is AFFIRMED.

Costs of this appeal are taxed against appellant.

SIGNED September 24, 2025.

_____
Lori Massey Brissette, Justice